CARLIE CHRISTENSEN, United States Attorney (#0633)
AMY J. OLIVER, Assistant United States Attorney (#8785)
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
amy.oliver@usdoj.gov

Attorneys for Plaintiff

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | Case No. 2:11cv00918 CW |
| Plaintiff, | : : | |
| vs. | : : | COMPLAINT |
| SALT LAKE WOUND CARE and, HYPERBARIC CENTER, L.L.C. a Utah corporation, | : : : : : | (JURY DEMAND) |
| Defendant. | : | Honorable Clark Waddoups |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, against Defendant Salt Lake Wound Care and Hyperbaric Center, L.L.C. ("Salt Lake Wound Care"), to correct unlawful employment practices on the basis of national origin, and to provide appropriate relief to Sara Reynoso and Rachel Maier, who were adversely affected by such practices. The Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Sara Reynoso and Rachel Maier were subjected to unwelcome national origin harassment, including, but not limited to

national origin slurs and comments by Defendant's managers, which created a hostile work environment because of national origin, Mexican. The Commission further alleges that Sara Reynoso was constructively discharged from her employment with Defendant.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Utah, Central Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Salt Lake Wound Care and Hyperbaric Center, L.L.C., a Utah corporation, has continuously been doing business in the State of Utah, including Salt Lake City, Utah, and has at all relevant times had at least 15 employees.

5. At all relevant times, Defendant Salt Lake Wound Care has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6.   More than thirty days prior to the institution of this lawsuit, Sara Reynoso and Rachel Maier filed Charges of Discrimination with the Commission, alleging that the Defendant violated Title VII.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.   Charging Parties, Sara Reynoso and Rachel Maier, were employed by Defendant Salt Lake Wound Care.

8.   Since at least August 2008, Defendant has engaged in unlawful employment practices at its Salt Lake County, Utah facility in violation of Section 703(a) of Title VII, 42 U.S.C. §§2000e-2(a).  These practices include the harassment of Sara Reynoso and Rachel Maier based on national origin, Mexican, which created a hostile work environment for them. These practices include, but are not limited to:

   a. Slurs made to, or about, Mexicans on a regular basis by supervisors, including use of the phrase "little beaner";

   b. Derogatory comments based on national origin, Mexican, made to, or about, Ms. Reynoso and Ms. Meir, on a regular basis by supervisors;

   c. Comments of a derogatory nature made to, or about, Rachel Maier on a regular basis by supervisors, including use of the phrase "Mexijew";

   d. Defendant's managers or supervisors had knowledge of the national origin harassment and the hostile work environment.

9.   On or about January 2009, Defendant has engaged in unlawful employment practices at its Salt Lake County, Utah facility in violation of Section 703(a) of Title VII, 42 U.S.C. §§2000e-2(a).  These practices include subjecting Sara Reynoso to such severe and

pervasive national origin harassment that the hostile work environment became intolerable, resulting in her constructive discharge.

10. Defendant knew or should have known about the hostile work environment based on national origin and failed to respond in an appropriate manner.

11. The effect of the practices complained of in paragraphs 8 and 9 above has been to deprive Sara Reynoso and Rachel Maier of equal employment opportunities and otherwise adversely affect their status as employees because of their national origin.

12. The effect of the practices complained of in paragraphs 8 and 9 above has been to create a hostile work environment and to constructively discharge Sara Reynoso.

13. The unlawful employment practices complained of in paragraphs 8 and 9 above were intentional.

14. The unlawful employment practices complained of in paragraphs 8 and 9 above were done with malice and/or with reckless indifference to the federally protected rights of Sara Reynoso and Rachel Maier.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with the Defendant, from engaging in the harassment of employees because of national origin and any other employment practice which discriminates against any individual on the basis of national origin.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for applicants and employees regardless of national origin and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Sara Reynoso and Rachel Maier by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Sara Reynoso and Rachel Maier by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8 and 9 above, in amounts to be determined at trial.

E. Order Defendant to make whole Sara Reynoso and Rachel Maier by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 8 and 9 above, including but not limited to emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Sara Reynoso and Rachel Maier punitive damages for its malicious conduct and/or reckless indifference described in paragraphs 8 and 9 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this complaint.

RESPECTFULLY SUBMITTED this 29th day of September, 2011.

                                            CARLIE CHRISTENSEN
                                            United States Attorney

                                            */s/ Amy J. Oliver*
                                            AMY J. OLIVER
                                            Assistant United States Attorney

OF COUNSEL:
Mary Jo O'Neill, AZ Bar # 005924
Sally C. Shanley, AZ Bar # 012251
Nancy E. Griffiths, IN Bar # 19498-64-A
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION, Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-4632
Fax: (602) 640-5009
Email: mary.oneill@eeoc.gov
        sally.shanley@eeoc.gov
        nancy.griffiths@eeoc.gov